1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA, *on Behalf of its Keck Hospital of USC*, <br><br> Plaintiff, <br><br> v. <br><br> AIDS HEALTHCARE FOUNDATION, *et al.* <br><br> Defendants. | Case No. 20-cv-1687-BAS-BGS <br><br> **ORDER GRANTING JOINT MOTION TO TRANSFER VENUE (ECF No. 12)** |

20   Pending before the Court is the parties' joint motion to transfer venue.  (ECF No.

21 12.)  Based on the parties' joint submission, the Court finds that the venue is proper in the

22 United States District Court for the Central District of California.  Therefore, the Court

23 **GRANTS** the joint motion to transfer venue and **TRANSFERS VENUE** to the United

24 States District Court for the Central District of California.  All pending motions shall be

25 resolved by the transferee Court.

26   The parties specifically request the Court to transfer the case to the Western Division

27 of the Central District of California.  The Court defers the assignment of division to the

28 transferee court because the transferee court is best positioned to weigh judicial economy

and administrative considerations. *See J.G. v. Los Angeles Unified Sch. Dist.*, No. LACV191268JGBEX, 2020 WL 2121429, at *2 (C.D. Cal. Mar. 2, 2020) ("Cases in the Central District are assigned to each division based on a delicately balanced assignment system.").

**IT IS SO ORDERED.**


**DATED: October 30, 2020**

Hon. Cynthia Bashant
United States District Judge

20cv1687